IN THE SUPREME COURT OF TEXAS

 No. 10-0657

 IN RE GT VENTURE MANAGEMENT, AG AND SACHA H. SPINDLER

 On Petition for Writ of Mandamus

ORDERED:

 1. Relators' emergency motion to stay, filed August 26, 2010, is
granted. All trial court proceedings in Cause No. 2010-11387, styled GT
Venture Management, AG, Sacha H. Spindler, and Nationwide Utilities
Corporation f/k/a Pluris Energy Group, Inc. v. Kenneth Koepke, in the 113th
District Court of Harris County, Texas, are stayed pending further order of
this Court.
 2. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this September 10, 2010.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk